THE STATE EX REL. NORTH, APPELLEE and CROSS-APPELLANT,
v. CONRAD, ADMR., BUREAU OF WORKERS' COMPENSATION
ET AL., APPELLANTS and CROSS-APPELLEES.

[Cite as State ex rel. North v. Conrad (2000), 89 Ohio St.3d 201.]

(No. 99–1048—Submitted April 10, 2000—Decided June 21, 2000.)

---

*Butkovich, Schimpf, Schimpf & Ginocchio Co., L.P.A., James A. Whittaker* and *Stephen P. Gast,* for appellee and cross-appellant.

*Betty D. Montgomery,* Attorney General, and *Steven P. Fixler,* Assistant Attorney General, for appellants and cross-appellees.

The judgment of the court of appeals is affirmed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., concur and dissent.

---

LUNDBERG STRATTON, **J., concurring and dissenting.** I would affirm the judgment of the court of appeals and remand the cause for reconsideration, but would not mandate the application of *Gay* relief.

COOK, J., concurs in the foregoing opinion.